August 22, 2008

Mr. Douglas W. Alexander
Alexander Dubose Jones & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701
Mr. John Thomas Wilson IV
Kelly Hart & Hallman, P.C.
201 Main Street, Suite 2500
Fort Worth, TX 76102

RE: Case Number: 08-0074
 Court of Appeals Number: 03-05-00034-CV
 Trial Court Number: 8027

Style: THOMAS O. BENNETT, JR., AND JAMES B. BONHAM CORPORATION
 v.
 RANDY REYNOLDS

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Kim Wells |